**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LEIF'S AUTO COLLISION CENTERS, LLC,

    Plaintiff,

v.                                                Case No: 6:18-cv-6025-Orl-31EJK

GOVERNMENT EMPLOYEE'S INSURANCE COMPANY,

    Defendant.

## ORDER

This case was stayed on March 13, 2019 (Doc. 33) pending resolution of related appeals. On March 12, 2019, the 11th Circuit Court of Appeals issued its mandate in *Quality Auto Painting Center v. State Farm, et al.*, 917 F.3d. 1249 (11th Cir. 2019) (en banc). At the time this case was stayed, there was a motion to dismiss pending (Doc. 21). It is therefore

**ORDERED** that the stay is hereby **LIFTED**. The parties shall confer and advise the Court by July 10, 2002, how they wish to proceed toward final resolution of this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 24, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party