# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEIF'S AUTO COLLISION CENTERS, LLC,**

      **Plaintiff,**

**v.**                                                                                                  **Case No:   MDL 2557**
                                                                                          **6:18-cv-6025-Orl-31EJK**

**GOVERNMENT EMPLOYEE'S INSURANCE COMPANY,**

      **Defendant.**

## ORDER

Upon consideration of the report filed in the master case 6:14-md-2557-Orl-31EJK (Doc. 349), it is

**ORDERED** that the pending motion to dismiss (Doc. 21) is **DENIED without prejudice**, and the parties are to proceed with the schedule as proposed:

- Defendant's motion in response to Plaintiff's complaint: Due August 7, 2020
- Plaintiff's responsive brief: Due August 28, 2020
- Reply brief: Due September 4, 2020

Discovery is **STAYED** pending further order of the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 14, 2020.

                                                                            GREGORY A. PRESNELL
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party