UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC, | **DISPOSITIVE MOTION** |
| Plaintiff, | MDL Docket No. 2557 |
| v. | Case No. 6:18-cv-06025 |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | Originally filed in the District of Oregon |
| Defendant. | |

**LEIF'S AUTO COLLISION CENTERS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GEICO'S MOTION TO DISMISS THE COMPLAINT**

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Plaintiff has conferred with Defendant's counsel, who does not oppose this motion.

**MOTION**

Without waiver of any defenses, Plaintiff moves this Court for an extension of time up to and including September 4, 2020, in which to respond to Defendant's Motion to Dismiss the Complaint (Docket # 40) in the above-captioned matter. Plaintiff's

response is currently due on Friday, August 28, 2020.  No previous extensions have been requested.

DATED this 28th day of August, 2020.

Respectfully submitted,

By: *s/ Steven D. Olson*
Steven D. Olson, OSB No. 003410
   Direct Dial: 503.802.2159
   Email: steven.olson@tonkon.com
Paul Conable, OSB No. 975368
   Direct Dial: 503.802.2188
   Email: paul.conable@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

Attorneys for Plaintiff
Leif's Auto Collision Centers, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

<em>s/ Steven D. Olson</em><br>
Steven D. Olson

030816/00057/11472962v1