# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC, | **DISPOSITIVE MOTION** |
| Plaintiff, | MDL Docket No. 2557 |
| v. | Case No. 6:18-cv-06025 |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | Originally filed in the District of Oregon |
| Defendant. | |

**LEIF'S AUTO COLLISION CENTERS, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GEICO'S MOTION TO DISMISS THE COMPLAINT**

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff has conferred with Defendant's counsel, who does not oppose this motion.

## MOTION

Without waiver of any defenses, Plaintiff moves this Court for an additional extension of time up to and including September 21, 2020, in which to respond to Defendant's Motion to Dismiss the Complaint (Docket # 40) in the above-captioned matter. This is the second request for extension. Before the current extension was granted, Defendant agreed to an extension to Tuesday, September 8, 2020. However, due to a miscommunication within my office, the extension request granted by this court moved the deadline to Friday, September 4, 2020. The purpose for this second request

for extension of deadline is to provide the parties with time to complete active settlement negotiations.

DATED this 8th day of September, 2020.

Respectfully submitted,

By: *s/ Steven D. Olson*
    Steven D. Olson, OSB No. 003410
      Direct Dial: 503.802.2159
      Email: steven.olson@tonkon.com
    Paul Conable, OSB No. 975368
      Direct Dial: 503.802.2188
      Email: paul.conable@tonkon.com
    TONKON TORP LLP
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204

    Attorneys for Plaintiff
    Leif's Auto Collision Centers, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*s/ Steven D. Olson*
Steven D. Olson

030816\00057\11502479v1