-1-

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>    Defendant. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>MDL Docket No. 2557<br><br>Case No. 6:18-cv-06025<br><br>Originally filed in the District of Oregon |

## Background

Leif's Auto Collision Centers, LLC ("Leif's Auto") is a family-owned business located in Portland, Oregon. Current circumstances in Portland, Oregon (COVID-19, riots, uncontrolled forest fires) have negatively impacted Leif's Auto's business. As a result, at present, Leif's Auto cannot responsibly pursue its claims against Government Employees Insurance Company ("GEICO") on the other side of the country.

## Motion

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Leif's Auto), by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against GEICO.

/ / /

/ / /

-2-

Each party shall bear its own costs and attorneys' fees.

DATED this 15th day of September, 2020.

        Respectfully submitted,

By: *s/ Steven D. Olson*
    Steven D. Olson, OSB No. 003410
      Direct Dial: 503.802.2159
      Email: steven.olson@tonkon.com
    Paul Conable, OSB No. 975368
      Direct Dial: 503.802.2188
      Email: paul.conable@tonkon.com
    TONKON TORP LLP
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204

    Attorneys for Plaintiff
    Leif's Auto Collision Centers, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*s/ Steven D. Olson*
Steven D. Olson

030816\00057\11522504v1