# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEIF'S AUTO COLLISION CENTERS, LLC,**

        Plaintiff,

v.                                           Case No:   6:18-cv-6025-Orl-31EJK

**GOVERNMENT EMPLOYEE'S INSURANCE COMPANY,**

        Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal Without Prejudice (Doc. 46), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 16, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties